# EXHIBIT Q

# Minnesota Department of Corrections
## Inspection and Enforcement Unit



### Scott County Jail
### Special Incident Report

**Internal ID #:** 17149

## Incident Information

| | | | |
|---|---|---|---|
| **Facility Name:** | Scott County Jail | **Status:** | Closed |
| **Facility Administrator:** | Scott Rettke | **Facility Telephone:** | 952-496-8314 |
| **Assigned To:** | Jen Pfeifer | **Incident Date / Time:** | 11/01/2020   19:20 |
| **Received Date:** | 11/01/2020 | **DHS Report #:** | |

**Did the Incident occur in a Sex Offender Unit or Program?**   No

## Incident Type
Attempted Suicide   The attempt to intentionally kill oneself and the attempt caused injury or could have resulted in serious injury or death if not detected.

## Summary
Inmate states he ate the contents 4 instant hot packs.

## Person Involved

**Person Reporting Incident:** Colleen M Szabo

**Person In Charge During Incident:** Colleen M. Szabo

**Offender/Resident:** ▊▊▊▊▊▊▊

**Staff:** Al Hameedi, Fahad ; Jamer, Zackary ; SZabo, Colleen

Page 1 of 4

For support, please contact the Inspection and Enforcement Unit, Minnesota Department of Corrections at:
1450 Energy Park Drive, Suite 200, St. Paul, MN 55108
Telephone: 651-361-7146, Fax: 651-642-0314
Email: ie-support.doc@state.mn.us

04/26/2023 10:06

WINBORN_006307

# Special Incident Report

Internal ID #: 17149

## Death/Attempted Suicide Survey

### PART A: PERSONAL CHARACTERISTICS

**First Name:**  **Middle Name:**  **Last Name:**

**Birth Date:**  **Race/Ethnicity:**

**Gender:**  **Marital Status:**  **Age Classification:** Adult

| Charges | Detained | Sentenced |
|---|---|---|
| 609.24 Simple Robbery | Yes | No |
| 609.582.3 Burglary-3rd Deg-Steal/Commit Felony or Gross | Yes | No |

**At the time of the incident, was the resident under the influence of:** Neither Drugs nor Alcohol

Specify Charge(s) for resident at the time of the incident and whether resident was being detained or had been sentenced

### PART B: INCIDENT CHARACTERISTICS what were the method & instrument used?

| Method | Instrument |
|---|---|
| Overdose | Other (Specify) - Drink contents of instant hot packs |

1. Cause of Death — Inmate did not die
2. What was the time span between the incident and finding of this resident? — Less than 15 minutes
3. Was this resident isolated from other residents at the time of incident? — Yes  Due to Covid subject is on quarintine (23/1)
4. Were there any known previous suicide attempts by this resident?
5. Were there any indications of mental illness prior to the incident?
6. Was this person classified as vulnerable person under MN Statute?
Explain these indications and method(s) by which they were identified
7. When did the resident enter the facility? — 10/18/2020 09:30
8. What was the Resident Capacity of your facility at the time of the incident? — 204
9. What was the Resident Population at the time of the incident? — 88
10. How many residents were in custody in the facility at the time of the incident? — 87
11. How many employees were on duty in the facility at the time of the incident? — 10

For support, please contact the Inspection and Enforcement Unit, Minnesota Department of Corrections at:
1450 Energy Park Drive, Suite 200, St. Paul, MN 55108
Telephone: 651-361-7146, Fax: 651-642-0314
Email: ie-support.doc@state.mn.us

WINBORN_006308

04/26/2023 10:06

## Special Incident Report

| | | |
|---|---|---|
| Survey Completed By: Szabo | Title: Sergeant | Internal ID #: 17149<br>On: 11/02/2020 |

For support, please contact the Inspection and Enforcement Unit, Minnesota Department of Corrections at:
1450 Energy Park Drive, Suite 200, St. Paul, MN 55108
Telephone: 651-361-7146, Fax: 651-642-0314
Email: ie-support.doc@state.mn.us

Page 3 of 4

04/26/2023 10:06

WINBORN_006309

# Special Incident Report

Internal ID #:  17149

## Last Logged Check

| | | | |
|---|---|---|---|
| **Date/Time:** | 11/01/2020 19:10 | | |
| **Findings:** | Checks within DOC standards | | |

## Review By Inspector

| | | | |
|---|---|---|---|
| **Review Date:** | 11/03/2020 | **Review Closed On:** | 11/09/2020 |
| **Assigned To:** | Jen Pfeifer | **Facility's Internal Incident Reports Reviewed On:** | 11/03/2020 |
| **Rule Violation:** | Yes | **Facility Action Required:** | No |
| **Rule Violated:** | Rule | **Determination:** | Substantiated (Adult) |
| | 2911 - Part: 5000 - SubPart: 5 | | |

**Rule Text**

2911.5000. Subpart 5. Well-being. A facility shall have a system providing for well-being checks of inmates. A written policy and procedure shall provide that all inmates are personally observed by a custody staff person at least once every 30 minutes. Thirty-minute checks should be staggered. If a well-being check does not occur due to an emergency, it must be documented in the jail log and have supervisory review and approval. More frequent observation is required for those inmates of a special need classification who may be harmful to themselves. Examples of inmates of a special need classification include those classified as potentially suicidal, or as mentally ill, or those experiencing withdrawal from drugs or alcohol.

**Review Notes:** Reviewed reports and at this time I am requesting the initial intake assessment. Well being check was found out of compliance on 11-1-2020 1422-1447

**Facility must respond by:**

**Comments:**

**Follow Up Email:**  Follow up received on :

For support, please contact the Inspection and Enforcement Unit, Minnesota Department of Corrections at:
1450 Energy Park Drive, Suite 200, St. Paul, MN 55108
Telephone: 651-361-7146, Fax: 651-642-0314
Email: ie-support.doc@state.mn.us

# Minnesota Department of Corrections
## Inspection and Enforcement Unit
### Scott County Jail
#### Special Incident Report



**Internal ID #:** 19883

## Incident Information

| | | | |
|---|---|---|---|
| **Facility Name:** | Scott County Jail | **Status:** | Closed |
| **Facility Administrator:** | Scott Rettke | **Facility Telephone:** | 952-496-8314 |
| **Assigned To:** | Jen Pfeifer | **Incident Date / Time:** | 01/09/2022  08:00 |
| **Received Date:** | 01/13/2022 | **DHS Report #:** | |

**Did the Incident occur in a Sex Offender Unit or Program?**   No

### Incident Type
Serious Resident Illness — Any resident illness that requires emergency or urgent medical care outside of the facility. This includes emergency mental health care.

### Summary
Inmate was taking to the ER for abdominal pain.

### Person Involved

**Person Reporting Incident:** Barbara Jean Winterfeldt
**Person In Charge During Incident:** Barbara Jean Winterfeldt
**Offender/Resident:** ▇▇▇▇▇▇▇▇ Barbara Jean Winterfeldt

**Staff:** Winterfeldt, Barbara Jean; Anschutz, Nicole ; Comodore, Tigra

Page 1 of 3

For support, please contact the Inspection and Enforcement Unit, Minnesota Department of Corrections at:
1450 Energy Park Drive, Suite 200, St. Paul, MN 55108
Telephone: 651-361-7146, Fax: 651-642-0314
Email: ie-support.doc@state.mn.us

04/26/2023 12:12

# Special Incident Report

Internal ID #: 19883

## Last Logged Check

**Date/Time:** 01/09/2022  08:25

**Findings:** Last check logged prior to leaving was done while she was getting ready for transport in booking.

Should also be noted, ▬▬▬ was released from custody while at the hospital and did not return to the jail. No logs for 6 hours after incident.

## Review By Inspector

| | | | |
|---|---|---|---|
| **Review Date:** 01/13/2022 | **Review Closed On:** 01/13/2022 | **Facility's Internal Incident Reports Reviewed On:** 01/13/2022 |
| **Assigned To:** Jen Pfeifer | **Facility Action Required:** No | **Determination:** Substantiated (Adult) |

**Rule Violation:** Yes

**Rule Violated:**

| Rule | Rule Text |
|---|---|
| 2911 - Part: 5000 - SubPart: 5 | 2911.5000. Subpart 5. Well-being. A facility shall have a system providing for well-being checks of inmates. A written policy and procedure shall provide that all inmates are personally observed by a custody staff person at least once every 30 minutes. Thirty-minute checks should be staggered. If a well-being check does not occur due to an emergency, it must be documented in the jail log and have supervisory review and approval. More frequent observation is required for those inmates of a special need classification who may be harmful to themselves. Examples of inmates of a special need classification include those classified as potentially suicidal, or as mentally ill, or those experiencing withdrawal from drugs or alcohol. |

**Review Notes:** One well being check was found out of compliance. Will follow-up with the facility.

**Facility must respond by:**                    **Follow up received on :**

**Comments:** Can you review video of this incident to verify whether or not this well-being check is really over an hour between checks or if it is a recording error? Please follow-up with me.

**Follow Up Email:** BWinterfeldt@co.scott.mn.us

For support, please contact the Inspection and Enforcement Unit, Minnesota Department of Corrections at:
1450 Energy Park Drive, Suite 200, St. Paul, MN 55108
Telephone: 651-361-7146, Fax: 651-642-0314
Email: ie-support.doc@state.mn.us

Page 2 of 3                                                                 04/26/2023 12:12

For support, please contact the Inspection and Enforcement Unit, Minnesota Department of Corrections at:
1450 Energy Park Drive, Suite 200, St. Paul, MN 55108
Telephone: 651-361-7146, Fax: 651-642-0314
Email: ie-support.doc@state.mn.us

Special Incident Report

Internal ID #: 19883

# Minnesota Department of Corrections
## Inspection and Enforcement Unit
### Special Incident Report



**Scott County Jail**

**Internal ID #:** 19940

## Incident Information

| | | | |
|---|---|---|---|
| **Facility Name:** | Scott County Jail | **Status:** | Closed |
| **Facility Administrator:** | Scott Rettke | **Facility Telephone:** | 952-496-8314 |
| **Assigned To:** | Jen Pfeifer | **Incident Date / Time:** | 01/22/2022   13:10 |
| **Received Date:** | 01/23/2022 | **DHS Report #:** | |

**Did the Incident occur in a Sex Offender Unit or Program?**   No

### Incident Type
Serious Resident Illness — Any resident illness that requires emergency or urgent medical care outside of the facility. This includes emergency mental health care.

### Summary
Inmate was sent to the hospital for side pain.

### Person Involved

**Person Reporting Incident:** Barbara Jean Winterfeldt
**Person In Charge During Incident:** Barbara Jean Winterfeldt
**Offender/Resident:** 
**Staff:** Winterfeldt, Barbara Jean; Lentz, Ben ; Anschutz, Nicole

For support, please contact the Inspection and Enforcement Unit, Minnesota Department of Corrections at:
1450 Energy Park Drive, Suite 200, St. Paul, MN 55108
Telephone: 651-361-7146, Fax: 651-642-0314
Email: ie-support.doc@state.mn.us

## Special Incident Report

Internal ID #: 19940

### Last Logged Check

**Date/Time:** 01/22/2022  13:41

**Findings:** Last check done at 1341, left for hospital at 1347. Returned from hospital at 1830, next check done at 1850
-Gap in logged checks from 1737 to 1821. Confirmed with camera footage that checks were physically completed at 1712, 1741, 1758, 1822, 1840.  BW279

### Review By Inspector

| | | | |
|---|---|---|---|
| **Review Date:** 01/29/2022 | | **Review Closed On:** 01/29/2022 | **Facility's Internal Incident Reports Reviewed On:** 01/29/2022 |
| **Assigned To:** Jen Pfeifer | | **Facility Action Required:** No | **Determination:** Substantiated (Adult) |
| **Rule Violation:** No | | | |

**Review Notes:** There appears to be no violations at this time.

**Facility must respond by:**

**Comments:**

**Follow Up Email:**  **Follow up received on :**

Page 2 of 2

For support, please contact the Inspection and Enforcement Unit, Minnesota Department of Corrections at:
1450 Energy Park Drive, Suite 200, St. Paul, MN 55108
Telephone: 651-361-7146, Fax: 651-642-0314
Email: ie-support.doc@state.mn.us

04/26/2023 12:14

CASE 0:22-cv-01811-KMM-ECW   Doc. 32-17   Filed 08/30/23   Page 11 of 13

# Minnesota Department of Corrections
## Inspection and Enforcement Unit
### Scott County Jail
### Special Incident Report

**Internal ID #:** 20812

## Incident Information

| | | | |
|---|---|---|---|
| **Facility Name:** | Scott County Jail | **Status:** | Closed |
| **Facility Administrator:** | Scott Rettke | **Facility Telephone:** | 952-496-8314 |
| **Assigned To:** | Jen Pfeifer | **Incident Date / Time:** | 05/27/2022   13:58 |
| **Received Date:** | 05/29/2022 | **DHS Report #:** | |

**Did the Incident occur in a Sex Offender Unit or Program?**   No

## Incident Type
Serious Resident Illness    Any resident illness that requires emergency or urgent medical care outside of the facility. This includes emergency mental health care.

## Summary
Inmate was taken to the hospital for withdrawal symptoms.

## Person Involved

**Person Reporting Incident:** Barbara Jean Winterfeldt
**Person In Charge During Incident:** Barbara Jean Winterfeldt
**Offender/Resident:** ▇▇▇▇▇▇▇▇▇▇
**Staff:** Perkins, Laura ; Cortes, Jennifer



Page 1 of 3

For support, please contact the Inspection and Enforcement Unit, Minnesota Department of Corrections at:
1450 Energy Park Drive, Suite 200, St. Paul, MN 55108
Telephone: 651-361-7146, Fax: 651-642-0314
Email: ie-support.doc@state.mn.us

04/26/2023 12:37

EXHIBIT JD 66 7.12.23

# Special Incident Report

Internal ID #:   20812

## Last Logged Check

**Date/Time:** 05/27/2022 15:02

**Findings:** Code was called at 1358. ▇▇▇▇▇ was moved from apod to booking between that time and the time she left for the hospital. Camera views show her being moved by wheel chair at 1413.
Checks not logged from 1549-1634 on 5/26/22-camera views checked-checks were done at 1511, 1536, 1553, and 1621
Checks not logged from 1725-1803 on 5/28/22-camera views checked-checks were done at 1709, 1735, 1747, 2009

## Review By Inspector

| | | | | |
|---|---|---|---|---|
| **Review Date:** 06/01/2022 | **Review Closed On:** 06/01/2022 | **Facility's Internal Incident Reports Reviewed On:** 06/01/2022 |
| **Assigned To:** Jen Pfeifer | **Facility Action Required:** Yes | **Determination:** Substantiated (Adult) |

**Rule Violation:** Yes

**Rule Violated:**

| Rule | Rule Text |
|---|---|
| 2911 - Part: 5000 - SubPart: 5 | 2911.5000. Subpart 5. Well-being. A facility shall have a system providing for well-being checks of inmates. A written policy and procedure shall provide that all inmates are personally observed by a custody staff person at least once every 30 minutes. Thirty-minute checks should be staggered. If a well-being check does not occur due to an emergency, it must be documented in the jail log and have supervisory review and approval. More frequent observation is required for those inmates of a special need classification who may be harmful to themselves. Examples of inmates of a special need classification include those classified as potentially suicidal, or as mentally ill, or those experiencing withdrawal from drugs or alcohol. |

**Review Notes:** Well-being checks were found to be out of compliance with the rule.

**Facility must respond by:**   **Follow up received on :**

**Comments:** Well-being checks were found to be out of compliance with the 30 minute time frame allowed in the rule.

**Follow Up Email:** BWinterfeldt@co.scott.mn.us

---

*For support, please contact the Inspection and Enforcement Unit, Minnesota Department of Corrections at:*
*1450 Energy Park Drive, Suite 200, St. Paul, MN 55108*
*Telephone: 651-361-7146, Fax: 651-642-0314*
*Email: ie-support.doc@state.mn.us*

For support, please contact the Inspection and Enforcement Unit, Minnesota Department of Corrections at:
1450 Energy Park Drive, Suite 200, St. Paul, MN 55108
Telephone: 651-361-7146, Fax: 651-642-0314
Email: ie-support.doc@state.mn.us

Special Incident Report

Internal ID #: 20812