# EXHIBIT R



# Facility Inspection Report Issued By The Minnesota Department of Corrections Pursuant to MN Statute 241.021, Subdivision 1

Inspection and Enforcement Unit, 1450 Energy Park Drive, Suite 200, St.Paul MN 55108
Telephone: 651-361-7146     Fax: 651-642-0314     Email: ie-support.doc@state.mn.us

## INSPECTION DETAILS FOR:

## Scott County Jail

| | | | | |
|---|---|---|---|---|
| **Address:** | 301 Fuller Street, Shakopee, MN 55379 | | | |
| **MN Governing Rule:** | 2911 Local Adult Detention Facilities | | | |
| **Inspection Type:** | Annual | **Inspected By:** | Jen Pfeifer – Detention Facility Inspector | **Inspected on:** 04/04/2018 to 05/14/2018 |
| **Inspection Method:** | Facility tour, staff and resident interviews, employee and resident file reviews, video footage review, and related documentation reviews. | | | |
| **Officials Present During Inspection:** | Captain Doug Schnurr | | | |
| **Officials Present for Exit Interview:** | | | | |
| **Issued Inspection Report to:** | Captain Doug Schnurr; Sheriff Luke Hennen; County Administrator Gary Shelton; Regional Manager Dayna Burmeister | | | |

## RULE COMPLIANCE SUMMARY

| Rule Chapter | Requirement Type | Total Applicable | Total Compliance | Total Non Compliance | Total Compliance With Concerns | Compliance Rating | Substantial Compliance Result/Criteria |
|---|---|---|---|---|---|---|---|
| 2911 | Mandatory | 126 | 119 | 7 | 0 | 94.44% | Compliance rating of 100% |
| 2911 | Essential | 102 | 95 | 7 | 2 | 93.14% | Compliance rating of 90% |

## TERMS OF OPERATION

| | | | | |
|---|---|---|---|---|
| **Authority to Operate:** | conditional approval | **Begins On:** 03/01/2018 | **Ends On:** 02/28/2019 | **Facility Type:** Jail |
| **Placed on Biennial Status:** | No | **Biennial Status Annual Compliance Form Due On:** | | **Certificate Holder:** Scott County Sheriff's Department |
| **Delinquent Juvenile Hold Approval:** | 6 hrs | | | |
| **Special Conditions:** | None. | | | |

## Approved Capacity Details
*Operational Capacity is calculated as a percent of Approved Capacity beds.*

| Bed Type | Gender | Approved Capacity | %Operating Capacity | Operational Capacity | Bed Details | Conditions |
|---|---|---|---|---|---|---|
| Secure | Coed | 210 | 90 | 189.00 | None. | None. |

## Variances

NONE

## RULE COMPLIANCE DETAILS

WINBORN_005924

EXHIBIT 30 JP
PENGAD 800-631-6989
5.23.23

Scott County Jail

InspectionID:   6639

Inspection Type: Annual

**Chapter 2911 - Mandatory Rules Not In Compliance**

**Total: 7**

1. 2911.0900 STAFFING REQUIREMENTS. Subpart 1. Staffing plan and staffing analysis.

The facility administrator shall prepare and retain a staffing plan. The staffing plan shall identify: A. jail personnel assignments for: (1) facility administration and supervisors; (2) facility programs including exercise and recreation; (3) inmate admission, booking, supervision, and custody; (4) support services including medical, food services, maintenance, and clerical; and (5) other jail-relevant functions such as escort and transportation of inmates; B. the days of the week that the assignments are filled; C. the hours of the day that the assignments are covered; and D. any deviations from the plan with respect to weekends, holidays, or other atypical situations must be considered. The facility administrator or designee shall review the facility's staffing plan at least once each year. The review shall be documented in written form sufficient to indicate that staffing plans have been reviewed and revised as appropriate to the facility's needs or referred to the facility' governing body for funding consideration. A facility with a design capacity of more than 60 beds must have a staffing analysis and staffing plan approved by the commissioner of corrections. This staffing analysis shall include all posts, functions, net annual work hours appropriate to each post, and total number of employees to fill the identified posts and functions.

**Inspection Findings:**

Staffing is below the required number per the staffing analysis.

**Corrective Actions:**

See inspection comments #2 Staffing.

Response Needed By: 11/01/2018

2. 2911.2900 GRIEVANCE PROCEDURE.

A written grievance procedure with at least one level of appeal shall be made available to all inmates.

**Inspection Findings:**

Complaint letters received from the Scott County Jail indicated that the grievance procedures were not being followed. After following up with the jail and looking at grievances this was found to be true.

**Corrective Actions:**

Ensure that all grievances are being addressed according to policy and that all policy be updated to reflect any new procedures put in place.

Response Needed By: 07/01/2018

3. 2911.3700 EMERGENCIES AND UNUSUAL OCCURRENCES. Subpart 2. Quarterly review of emergency procedures.

There shall be a review of emergency procedures once every three months. The review shall include: A. assignment of persons to specific tasks in case of emergency situations; B. instructions in the use of alarm systems and signals; C. systems for notification of appropriate persons outside the facility; D. information on the location and use of emergency equipment in the facility; E. specification of evacuation routes and procedures; and F. that the review be documented and require signature or initialing by all staff.

**Inspection Findings:**

Training records were not complete with listed quarterly emergency procedures.

**Corrective Actions:**

Update training records to clearly reflect all required training.

Response Needed By: 11/01/2018

4. 2911.5000 POST ORDERS; FORMAL INMATE COUNT; WELL-BEING CHECKS. Subpart 5. Well-being.

InspectionType :Annual

Scott County Jail

InspectionID:   6639

A facility shall have a system providing for well-being checks of inmates.   A written policy and procedure shall provide that all inmates are personally observed by a custody staff person at least once every 30 minutes.   Thirty-minute checks should be staggered.   If a well-being check does not occur due to an emergency, it must be documented in the jail log and have supervisory review and approval.   More frequent observation is required for those inmates of a special need classification who may be harmful to themselves.   Examples of inmates of a special need classification include those classified as potentially suicidal, or as mentally ill, or those experiencing withdrawal from drugs or alcohol.

**Inspection Findings:**

A check of video and jail logs showed well-being checks out of compliance.   Some checks were well in excess of 30 minutes.

**Corrective Actions:**

**Ensure that staff members are completing well-being checks per facility policy, and D.O.C. standards.   There has been a auditing system in place to help with these discrepancies.**

**Response Needed By: 07/01/2018**

5.   2911.5450   DANGEROUS MATERIALS.

A facility shall have a written policy and procedure that specifies that materials dangerous to either security or safety shall be properly secured.   Storage and use of flammable, toxic, and caustic materials must be in accordance with all applicable laws and regulations of governing jurisdictions.   The policy must cover control and use of tools and culinary and medical equipment.

**Inspection Findings:**

Chemicals in the kitchen were found to be corrosive or flammable.

**Corrective Actions:**

**Arrange for secure storage of this product.**

**Response Needed By: 07/01/2018**

6.   2911.5550   LOCKS AND KEYS.   Subpart 3.   Regular testing.

Locks to security doors or gates shall be tested for proper function at least weekly to ensure proper operation.

**Inspection Findings:**

Weekly lock inspections are not being completed and documented monthly.

**Corrective Actions:**

**Designate staff member(s) to complete and document this duty at least weekly.**

**Response Needed By: 07/01/2018**

7.   2911.7200   HOUSEKEEPING, SANITATION, AND PLANT MAINTENANCE.   Subpart 2.   Maintenance plan.

A written housekeeping plan for all areas of the physical plant shall provide for daily housekeeping and regular maintenance by assigning specific duties and responsibilities.   Facility floors are kept clean, dry, and free of hazardous substances.   A written policy and procedure shall establish the following requirements:   A. weekly sanitation inspections of all institution areas by a designed staff member; and B. there is documentation that deficiencies, if any, have been corrected.

**Inspection Findings:**

There is little in the way of preventative maintenance and little documentation to show that weekly sanitation inspections are being completed.

**Corrective Actions:**

InspectionType :Annual

Scott County Jail

InspectionID:   6639

**See Inspection notes #1 Physical plant and preventative maintenance.**

### Chapter 2911 - Essential Rules Not In Compliance

**Total: 7**

**1. 2911.0900  STAFFING REQUIREMENTS.  Subpart 17.  Escort, movement, or booking staff.**

**Response Needed By: 07/01/2018**

Class I to Class VI facilities' staff shall be provided as follows:  A.  internal escort, rover, or movement officers in sufficient numbers as determined in the approved staffing plan under this subpart to ensure that inmates have access to staff, programs, activities, and services, and that the safety and security of the facility is not compromised; B. sufficient staff present to provide for the booking of offenders without a reduction in the safety or security of the facility and inmates; C. in multifloor jails, custody staff posted on each floor occupied by inmates; and D. sufficient numbers of staff to complete duties listed in post orders.  Class I to Class VI facility staff shall not be used for the external transportation of inmates or court security if the level of inmate supervision, inmate admission, programs, or internal inmate movement would be reduced below minimums afforded under the facility's staffing plan.

**Inspection Findings:**

Staffing analysis showed that the facility is currently under the minimum staffing numbers that are required.

**Corrective Actions:**

See inspection comments #2 Staffing.

**2. 2911.1200  CLERICAL AND SUPPORT EMPLOYEES WITH REGULAR OR DAILY INMATE CONTACT: TRAINING.  Subpart 1.  Minimal inmate contact.**

**Response Needed By:**

A facility shall have a written policy and procedure that provides that all new clerical and support employees that have minimal inmate contact receive 24 hours of orientation and training during their first year of employment.  Sixteen of these hours are to be completed before being independently assigned to a particular job.  Persons in this category are given an additional 16 hours of training each subsequent year of employment.

**Inspection Findings:**

No training documentation found for this classification of employees.

**Corrective Actions:**

Training is currently being developed for these staff, however this was noted in the last inspection.  Submit this plan to the Department of Corrections by July 1, 2018.

**3. 2911.1200  CLERICAL AND SUPPORT EMPLOYEES WITH REGULAR OR DAILY INMATE CONTACT: TRAINING.  Subpart 2.  Regular or daily inmate contact.**

**Response Needed By:**

A facility shall have a written policy and procedure that provides that all new clerical and support employees who have regular or daily inmate contact receive 40 hours of orientation and training during their first year of employment.  These hours are to be completed before being independently assigned to a particular job.  The employees are given an additional 16 hours of training each subsequent year of employment.  At a minimum, this training covers the following areas:  A. security procedures and regulations; B. rights and responsibilities of inmates; C. all applicable emergency procedures; D. interpersonal relations and communication skills; and E. first aid.

**Inspection Findings:**

Health Services staff and Food Service staff have little training documentation.  The nurses have instructor training but little for refresher training in the above listed subjects.  The kitchen staff have training from their parent company but still are in need of several of the above listed training elements.  This is a repeat from the 2014 and 2016 inspections.

**Corrective Actions:**

Arrange for initial and refresher training for all applicable support staff.  It is recommended that a security training for support staff be developed.

**Response Needed By:**

**WINBORN_005027**

06/07/2018 10:28

InspectionType :Annual

Scott County Jail

InspectionID:   6639

**4.  2911.3600  CLOTHING AND BEDDING PROPERTY.  Subpart 5.  Quantity of clothing.**

The facility shall have available sufficient clothing to ensure each inmate clean clothing appropriate to the season.

**Inspection Findings:**

Complaints from the jail indicated that clean laundry was not being provided on a regular basis.  A review of the facility documentation showed this to be true.  All inmates were not receiving sufficient clean laundry or according to policy.

**Corrective Actions:**

**It is believed the jail has been addressing this issue and has a schedule in place for laundry exchange.  Update current policy to reflect changes that have been made.**

**Response Needed By: 07/01/2018**

**5.  2911.3675  LAUNDRY SERVICES AND LINEN EXCHANGE.  Subpart 1, Laundry.**

Laundry services shall be managed so that daily clothing, linen, and bedding needs are met.

**Inspection Findings:**

There is no laundry schedule posted.

**Corrective Actions:**

Post a schedule of laundry exchange days and times in the housing units.  Update the policy manual to reflect changes to laundry exchange procedure.

**Response Needed By: 07/01/2018**

**6.  2911.3675  LAUNDRY SERVICES AND LINEN EXCHANGE.  Subpart 2.  Linen.**

Clean linens shall be furnished once each week, at a minimum.  There shall be a posted schedule for linen exchange.  Inmates detained in admission or release processing areas for periods of time not exceeding eight hours need not be issued linens and bedding.

**Inspection Findings:**

No documentation to demonstrate that monthly security inspections have been completed.  Many aspects of these inspections are completed informally.

**Corrective Actions:**

Develop and implement a comprehensive, documented security inspection to be completed at least monthly by facility administration or a designee.

**Response Needed By: 07/01/2018**

**7.  2911.4900  SECURITY INSPECTION.**

The facility shall have a written policy and procedure to require the facility administrator or designee to inspect all areas within the security perimeter, and equipment at least monthly and initiate corrective action if needed.

**Inspection Findings:**

**WINBORN_005928**

Inspection Type :Annual

Scott County Jail

InspectionID:   6639

**Response Needed By:**

**Chapter 2911 - Essential Rules in Compliance With Concerns**

**Total: 2**

**1. 2911.1300  CUSTODY STAFF TRAINING.**

A facility shall have a written policy and procedure that provides that all custody staff receive 120 hours of orientation and training during the first year of employment. Forty of these hours are completed prior to being independently assigned to a particular post. All persons in this category are given an additional 16 hours of training each subsequent year. At a minimum, training completed before independent assignment to a particular post shall include: A. security procedures; B. supervision of inmates; C. signs of suicide risk and suicide precautions; D. vulnerable inmates; E. response to resistance regulations and tactics; F. report writing; G. inmate rules and regulations; H. rights and responsibilities of inmates; I. fire and emergency procedures; J. key control; K. interpersonal relations and communication skills; L. diversity training; M. distribution of medications; N. right to know; and O. blood-borne pathogens and communicable diseases.

**Inspection Findings:**

Some part-time correctional officers were under the minimum number of training hours for 2017.

**Corrective Actions:**

**Ensure that all custody staff members are receiving at least the minimum amount of refresher training hours.**

**2.  2911.1600  DESIGNATED TRAINING OFFICER.**

A facility shall have a designated training officer responsible for: A. maintenance of training plans as required in part 2911.1000; B. maintenance of training records in sufficient detail to allow inspector assessment of compliance with parts 2911.1100 to 2911.1700; and C. documentation of waivers of training requirements based on equivalent training received before employment or demonstrated competency through proficiency testing.

**Inspection Findings:**

A staff member is assigned as the designated training officer, however, he has other duties in the jail. It is recommended that because tracking and documenting of the jail staff members and the very frequent training of new staff and f.t.o. process that this staff member solely be assigned training duties and responsibilities.

**Corrective Actions:**

**It is strongly recommended that this position be training duties and responsibilities only.**

Response Needed By:

Response Needed By:

InspectionType :Annual

Scott County Jail

InspectionID:   6639

## INSPECTION COMMENTS

**#1  Physical Plant and Preventative Maintenance.**
There is a lack of preventative maintenance at the Scott County jail.  Painting is needed on several door frames and railings facility wide.  Tile floors in the elevators and other areas are in need of repair.  It has been demonstrated that facilities that make preventative maintenance a priority have buildings that last longer and look better.  This also makes for a better facility atmosphere and may in turn impact facility safety.

**#2  Staffing.**
The day of the inspection the Scott County jail was down 5 full-time staff and had approximately 15 people in various stages in training.  Continuous training of new staff and use of field training officers, and weekly and monthly inspections have taken their toll.  The majority of compliance issues in this report are directly attributable to staffing numbers being under the minimum level, and increased workload due to overloaded post duties and overtime.  Scott County needs to continue their current hiring and training practices as well as bring the staff complement up to the level indicated in the staffing analysis.  This was noted in the previous inspection.

Please provide a written plan to address jail staffing needs to the facility inspector by July 1, 2018.

**#3**  At the time of the inspection, the jail was unable to provide the juvenile information requested due to technical issues with the jails computer system.  A subsequent visit was made to the facility and only about 1/4 of the information has been received. The facility must provide the juvenile information requested by July 1, 2018. Failure to do so could result in the facility to no longer have the availability to hold juveniles.

Well-being checks were found to be out of compliance, however, the facility has recently implemented an audit process to help address the discrepancies.

The day of the inspection I was dropped off in the kitchen to complete that portion of the inspection.  After leaving the kitchen I was able to walk around freely through the jail until I ended up in the intake area. The intake staff were unaware of who I was or what I was doing there.  No security measures were taken by the staff to secure my identity at anytime as I walked through the jail as master control continued to open doors for me without asking questions.  This is a huge security concern and will be discussed further with the Jail Administrator and Sheriff Studnicka.

The Scott County will be placed on annual inspections.

WINBORN_005930

Scott County Jail                                                                 InspectionID:   6639

InspectionType :Annual

## JJDPA Compliance

Compliance Report for the monitoring Facilities Pursuant to the Juvenile Justice Delinquency Prevention Act of 2002.

On the day of the inspection a Juvenile Justice and Delinquency Prevention Act audit was conducted. The Scott County Jail is located in a Metropolitan Statistical Area (MSA). Therefore, Scott County Jail has a 6 hour hold ability for delinquent juveniles.

There are three core requirements that are looked at during our facility review. Those core requirements are Deinstitutionalization of Status Offenders (DSO), Removal of Juveniles for Adult Jail and Adult Lockups (Jail Removal), and Sight and Sound Separation.

I requested juvenile detention information from the jail on 3/20/2018 and have yet to receive or be able to review any of the documentation requested.

The findings are as follows:

DSO:  The information needed has not been provided to the inspector as of the day of the writing of the report.

Jail Removal:  The information requested has not been provided at the time of the report.

Sight and Sound Separation:  The facility design and policies allow for proper sight and sound separation.

The facility does not participate in any "Scared Straight" programs for any youth that are under public authority.

Court Holding:  There are two different court holding areas in Scott County, each on a different floor. This allows them to place juveniles on a different floor in court holding, separated from adults.  The common practice for juveniles is to be taken straight into court and not be placed in court holding.

Scott County utilizes the Scott County JAF, which is nonsecure and Carver County JDC for secure holding

**Report completed By:**                                        **Signature:**

_____                          _____

Jen Pfeifer – Detention Facility Inspector



**Facility Inspection Report Issued By The Minnesota Department of Corrections Pursuant to MN Statute 241.021, Subdivision 1**

Inspection and Enforcement Unit, 1450 Energy Park Drive, Suite 200, St.Paul MN 55108
Telephone: 651-361-7146    Fax: 651-642-0314    Email: ie-support.doc@state.mn.us

## INSPECTION DETAILS FOR:

**Scott County Jail**

**Address:** 301 Fuller Street, Shakopee, MN 55379

**MN Governing Rule:** 2911 Local Adult Detention Facilities

**Inspection Type:** Biennial    **Inspected By:** Jen Pleifer -- Detention Facility Inspector    **Inspected on:** 02/12/2019 to 03/22/2019

**Inspection Method:** Facility tour, staff and resident interviews, employee and resident file reviews, video footage review, and related documentation reviews.

**Officials Present During Inspection:** Captain Doug Schnur

**Officials Present for Exit Interview:**

**Issued Inspection Report to:** Captain Doug Schnurr; Sheriff Luke Hennen; County Administrator Lezlie Vermillion; Regional Manager Dayna Burmeister

## RULE COMPLIANCE SUMMARY

| Rule Chapter | Requirement Type | Total Applicable | Total Compliance | Total Non Compliance | Total Compliance With Concerns | Compliance Rating | Substantial Compliance Result/Criteria |
|---|---|---|---|---|---|---|---|
| 2911 | Mandatory | 126 | 120 | 6 | 0 | 95.24% | Compliance rating of 100% |
| 2911 | Essential | 102 | 102 | 0 | 0 | 100.00% | Compliance rating of 90% |

## TERMS OF OPERATION

**Authority to Operate:** conditional approval    **Begins On:** 03/01/2019    **Ends On:** 02/28/2021    **Facility Type:** Jail

**Placed on Biennial Status:** Yes    Biennial Status Annual Compliance Form Due On: 02/29/2020

**Delinquent Juvenile Hold Approval:** 6 hrs    **Certificate Holder:** Scott County Sheriff's Department

**Special Conditions:** None.

## RULE COMPLIANCE DETAILS

**Approved Capacity Details**  *Operational Capacity is calculated as a percent of Approved Capacity beds.

| Bed Type | Gender | Approved Capacity | %Operating Capacity | Operational Capacity | Bed Details | Conditions |
|---|---|---|---|---|---|---|
| Secure | Coed | 210 | 90 | 189.00 | None. | None. |
| | | | | Total: 6 | | |

## Chapter 2911 - Mandatory Rules Not in Compliance

1. 2911.5000 POST ORDERS; FORMAL INMATE COUNT; WELL-BEING CHECKS. Subpart 5. Well-being.

PENGAD 800-631-6989    EXHIBIT 301    525·23    WINBORN_008260

Scott County Jail

InspectionID:   6890

Inspection Type :Biennial

A facility shall have a system providing for well-being checks of inmates. A written policy and procedure shall provide that all inmates are personally observed by a custody staff person at least once every 30 minutes. Thirty-minute checks should be staggered. If a well-being check does not occur due to an emergency, it must be documented in the jail log and have supervisory review and approval. More frequent observation is required for those inmates of a special need classification who may be harmful to themselves. Examples of inmates of a special need classification include those classified as potentially suicidal, or as mentally ill, or those experiencing withdrawal from drugs or alcohol.

**Inspection Findings:**

A check of video and jail logs showed well-being checks out of compliance.

**Corrective Actions:**

**Ensure that staff members are completing well-being checks per facility policy, and D.O.C. standards. Processes have been reviewed and am confident that the jail is taking the proper steps to ensure compliance with these checks.**

**Response Needed By: 04/30/2019**

2.  2911.5300. SEARCHES, SHAKEDOWNS, AND CONTRABAND CONTROL. Subpart 4. Daily inspections.

A facility shall be inspected at least daily for contraband, evidence of breaches in security, and inoperable security equipment, and shall document the inspection.

**Inspection Findings:**

There is no documentation that daily inspections for contraband are completed.

**Corrective Actions:**

**Ensure that daily contraband checks are completed and documented. This was noted in the last inspection.**

**Response Needed By: 04/30/2019**

3.  2911.5450. DANGEROUS MATERIALS.

A facility shall have a written policy and procedure that specifies that materials dangerous to either security or safety shall be properly secured. Storage and use of flammable, toxic, and caustic materials must be in accordance with all applicable laws and regulations of governing jurisdictions. The policy must cover control and use of tools and culinary and medical equipment.

**Inspection Findings:**

Chemicals in the kitchen were found to be corrosive or flammable. Culinary tools were not accounted for in the lock box. The lock box was also not locked at the time the inspection was complete.

**Corrective Actions:**

**Arrange for secure storage of this product and ensure that the items in the secure lock box in the kitchen are accounted for.**

**Response Needed By: 05/01/2019**

4.  2911.6500. STORAGE. Subpart 6. Needles and other medical sharps.

There shall be a written policy and procedure for the control and disposal of medical sharps and supplies. Medical sharps and supplies when used or stored in inmate housing areas shall be accounted for and secured in a locked area.

**Inspection Findings:**

Medical sharps on the medication cart are not accounted for.

**Corrective Actions:**

InspectionType :Biennial

Scott County Jail

InspectionID :  6890

**A system for accounting these items was discussed at the time of the inspection and the facility was working on implementation pending approval from the medical provider.**

5.  2911.6800  CONTROL.  Subpart 1.  Records.

**Response Needed By: 05/01/2019**

**Inspection Findings:**

Records of receipt, the quantity of the drugs, and the disposition of all prescription medications shall be maintained in detail to enable an accurate accounting.

The jail uses an electronic medical system and it is unable to account for medications therefor counts are unable to be verified.

**Corrective Actions:**

**The county will be working with the vendor to come up with a system for accounting for medication through EMS. Submit solution to the Department of Corrections.**

6.  2911.7200  HOUSEKEEPING, SANITATION, AND PLANT MAINTENANCE.  Subpart 2.  Maintenance plan.

**Response Needed By: 10/01/2019**

A written housekeeping plan for all areas of the physical plant shall provide for daily housekeeping and regular maintenance by assigning specific duties and responsibilities.  Facility floors are kept clean, dry, and free of hazardous substances.  A written policy and procedure shall establish the following requirements:  A weekly sanitation inspections of all institution areas by a designed staff member; and B. there is documentation that deficiencies, if any, have been corrected.

**Inspection Findings:**

There is little in the way of preventative maintenance and little documentation to show that weekly sanitation inspections are being completed.

**Corrective Actions:**

**See inspection notes #1 Physical plant and preventative maintenance.**

**#1  Physical Plant and Preventative Maintenance.**

**Response Needed By: 10/01/2019**

There is a lack of preventative maintenance at the Scott County Jail.  Painting is needed on several door frames and railings facility wide.  There are a few areas where graffiti is prominent.  This also makes for a better facility atmosphere and may in turn impact facility safety.

**#2  Staffing.**

Retention continues to be an issue for the County.  However, the county is aware of the issues and has made several improvements to the hiring process to assist the jail in maintaining staff.

Well-being checks were out of compliance but have improved greatly since the last inspection.  The Sergeants complete weekly audits of these checks and documentation is completed on all checks found to be out of compliance with the rule.

InspectionType :Biennial

InspectionID:   6890

**JJDPA Compliance**

Compliance Report for the monitoring Facilities Pursuant to the Juvenile Justice Delinquency Prevention Act of 2002.

On the day of the inspection a Juvenile Justice and Delinquency Prevention Act audit was conducted.  The Scott County Jail is located in a Metropolitan Statistical Area (MSA).  Therefore, Scott County Jail has a 6 hour hold ability for delinquent juveniles.

There are three core requirements that are looked at during our facility review.  Those core requirements are Deinstitutionalization of Status Offenders (DSO), Removal of Juveniles for Adult Jail and Adult Lockups (Jail Removal), and Sight and Sound Separation.

The findings are as follows:

DSO:  I found no violations.

Sight and Sound Separation:  The facility design and policies allow for proper sight and sound separation.

The facility does not participate in any "Scared Straight" programs for any youth that are under public authority.

Court Holding:  There are two different court holding areas in Scott County, each on a different floor.  This allows them to place juveniles on a different floor in court holding, separated from adults.  The common practice for juveniles is to be taken straight into court and not be placed in court holding.

Scott County utilizes the Scott County JAF, which is nonsecure and Carver County JDC for secure holding.

Report completed By:      Jen Pfeifer – Detention Facility Inspector

Signature:



**Facility Inspection Report Issued By The Minnesota Department of Corrections Pursuant to MN Statute 241.021, Subdivision 1**

Inspection and Enforcement Unit, 1450 Energy Park Drive, Suite 200, St.Paul MN 55108
Telephone: 651-361-7146     Fax: 651-642-0314     Email: ie-support.doc@state.mn.us

## INSPECTION DETAILS FOR:

**Scott County Jail**

**Address:** 301 Fuller Street, Shakopee, MN 55379

**MN Governing Rule:** 2911 Local Adult Detention Facilities

**Inspection Type:** Biennial                                           **Inspected By:** Rachel Dolseth – Detention Facility Inspector

**Inspection Method:** Facility tour, staff and resident interviews, employee and resident file reviews, video footage review, and related documentation reviews.

**Officials Present During Inspection:** Assistant Jail Administrator Caleb Madden ;     Captain Scott Reitke

**Issued Inspection Report to:** Assistant Jail Administrator Caleb Madden ;     Captain Scott Reitke ;     Sheriff Luke Hennen;     County Administrator Lezlie Vermillion, Regional Manager Dayna
Burmeister

**Inspected on:** 01/05/2023 to 01/06/2023

## RULE COMPLIANCE SUMMARY

| Rule Chapter | Requirement Type | Total Applicable | Total Compliance | Total Non Compliance | Total Compliance With Concerns | Compliance Rating | Substantial Compliance Result/Criteria |
|---|---|---|---|---|---|---|---|
| 2911 | Mandatory | 126 | 120 | 3 | 3 | 97.62% | Compliance rating of 100% |
| 2911 | Essential | 102 | 100 | 0 | 2 | 100.00% | Compliance rating of 90% |

## TERMS OF OPERATION

| | | |
|---|---|---|
| **Authority to Operate:** approval | **Begins On:** 03/01/2023 | **Ends On:** 02/28/2025 | **Facility Type:** Jail |
| **Placed on Biennial Status:** Yes | **Biennial Status Annual Compliance Form Due On:** 02/28/2024 | | |
| **Delinquent Juvenile Hold Approval:** 6 hrs | | 02/29/2024 | **Certificate Holder:** Scott County Sheriff's Department |
| **Special Conditions:** None. | | | |

### Approved Capacity Details   *Operational Capacity is calculated as a percent of Approved Capacity beds.

| Bed Type | Gender | Approved Capacity | %Operating Capacity | Operational Capacity | Bed Details | Conditions |
|---|---|---|---|---|---|---|
| Secure | Coed | 210 | 90 | 189.00 | None. | None. |

## RULE COMPLIANCE DETAILS

EXHIBIT
40
5·25·23
PENGAD 800-631-6989
01/11/2023 14:41
WINBORN_008267

InspectionType :Biennial

Scott County Jail

InspectionID:  8054

1.  2911.2600  CLASSIFICATION OF INMATES.  Subpart 1.  Policy and procedure.

A facility shall have a written policy and procedure that provides for inmate classification in terms of level of custody required; housing assignment; participation in facility programs; and use of any overrides.  The facility's policy and procedure on classification shall include consideration of the following:  A. inmate gender; B. juvenile or adult status; C. category of offense; D. severity of current charges, convictions, or both; E. degree of escape risk; F. potential risk of safety to others and self; G. institutional disciplinary history; H. serious offense history; I. special needs assessment, inclusive of vulnerable adults, which includes a determination of how medical needs, mental health needs, developmental disability, or other behavioral or physical limitations or disabilities may impact on the classification of an inmate and appropriate housing of same; and J. special management inmate status.

**Inspection Findings:**

Inmates are being classified appropriately, however are not being housed separately according to their classification level.

**Corrective Actions:**

**The facility will need to address the classification requirements in the rule and ensure inmates are appropriately classified and separately housed according to their classification level. Once the facility has addressed the classification requirements, written documentation will be sent to the inspector. The inspector will schedule an on-site visit to ensure compliance.**

Response Needed By: 02/01/2023

2.  2911.5000  POST ORDERS; FORMAL INMATE COUNT; WELL-BEING CHECKS.  Subpart 5.  Well-being.

A facility shall have a system providing for well-being checks of inmates.  A written policy and procedure shall provide that all inmates are personally observed by a custody staff person at least every 30 minutes.  Thirty-minute checks should be staggered.  If a well-being check does not occur due to an emergency, it must be documented in the jail log and have supervisory review and approval.  More frequent observation is required for those inmates of a special need classification who may be harmful to themselves.  Examples of inmates of a special need classification include those classified as potentially suicidal, or as mentally ill, or those experiencing withdrawal from drugs or alcohol.

**Inspection Findings:**

Well-being checks were reviewed on camera and were found to be completed too quickly to observe the well-being of inmates. An Officer was observed on camera appearing distracted causing checks to be missed. Additionally, a review of well-being checks was completed for an incident on 01/03/2023 where well-being checks were out of compliance with the 30-minute time frame allowed in the rule.

**Corrective Actions:**

**The facility shall continue its regular auditing practices previously put into place to help ensure compliance with the rule.  The facility shall submit those audits monthly to the inspector for the next three months.**

Response Needed By: 03/01/2023

3.  2911.5800  AVAILABILITY OF MEDICAL AND DENTAL RESOURCES.  Subpart 3.  Health care policy review.

Facility policy shall ensure that each policy, procedure, and program in the health care delivery system is reviewed and documented at least annually under the direction of the health authority and revised as necessary.

**Inspection Findings:**

The facility does not have current health care policy that has been reviewed and signed.  The last date it was signed was 02/09/2021.

**Corrective Actions:**

**The facility shall ensure that its medical policies are reviewed and signed annually by the health authority.  Submit signed policies to the inspector by 02/03/2023 for review.**

Response Needed By: 02/03/2023

InspectionType - Biennial

Scott County Jail                                    InspectionID:  8054

**Chapter 2911 - Mandatory Rules In Compliance With Concerns**                    Total: 3

1.  2911.1900 POLICY AND PROCEDURE MANUALS.

A facility shall have a written policy and procedure manual that is electronically available to staff and relevant regulatory authorities and defines the philosophy and method for operating and maintaining the facility. This manual shall be made available to all employees, reviewed annually, updated as needed, and staff trained accordingly. The manual shall include, at a minimum, the following chapters: A. correctional standards required under this chapter; B. administration and organization; C. fiscal management; D. personnel; E. training; F. inmate records; G. safety and emergency; H. security and control; I. sanitation and hygiene; J. food service; K. medical and health care services; L. inmate rules and discipline; M. communication, mail, and visiting; N. admissions, orientation, classification, property control, and release; O. inmate activities, programs, and services; and P. a written suicide prevention and intervention plan. The facility administrator or designee shall review policy and procedure manuals at least once each year. The review shall be documented in written form sufficient to indicate that policies and procedures have been reviewed and amended as appropriate to facility changes.

**Inspection Findings:**

The facility is currently updating their policy and procedure manuals for 2023. Some of the policies are missing minor elements required by the 2911 Rule and will need to be updated.

**Corrective Actions:**

Update policy manual and submit changes to the inspector by 06/05/2023.

                                                                                                    Response Needed By:

2.  2911.5450 DANGEROUS MATERIALS.

A facility shall have a policy and procedure that specifies that materials dangerous to either security or safety shall be properly secured. Storage and use of flammable, toxic, and caustic materials must be in accordance with all applicable laws and regulations of governing jurisdictions. The policy must cover control and use of tools and culinary and medical equipment.

**Inspection Findings:**

Culinary tools were not accounted for in the lockbox. A pair of scissors was found un-inventoried and unsecured in the dry storage container.

**Corrective Actions:**

Although no inmates work in the kitchen area, culinary tools should remain in the lockbox and accounted for. The facility has a tool inventory this documented twice daily.

                                                                                                    Response Needed By:

3.  2911.7200 HOUSEKEEPING, SANITATION, AND PLANT MAINTENANCE. Subpart 1. General.

A facility shall have a policy and procedure that provides that the facility shall: A. be kept in good repair to protect the health, comfort, safety, and well-being of inmates and staff; B. document weekly sanitation inspections; and C. document deficiencies from the weekly sanitation inspection, if any, have been ordered.

**Inspection Findings:**

The facility is completing weekly sanitation inspections, and documenting deficiencies. However, the kitchen and laundry room were found to be unsanitary.

**Corrective Actions:**

Ensure that all areas of the facility are clean, and free of debris. This will ensure for the health and safety of inmates, staff, and the facility as a whole.

                                                                                                    Response Needed By:

**Chapter 2911 - Essential Rules In Compliance With Concerns**                    Total: 2

1.  2911.3100 INMATE ACTIVITIES AND PROGRAMS. Subpart 1. Written plan.

InspectionID:   8054

Inspection Type: Biennial

A facility administrator or designee shall have and implement a written plan for the constructive scheduling of inmate time. The plan shall:  A. identify programs offered in the facility and when the programs are offered; B. identify persons conducting the program and whether or not the persons are facility staff, external community resources under contract, or volunteers; C. be consistent with established legal rights of inmates, type and status of inmates detained in the facility, and rule requirements associated with the facility's classification; D. provide inmates with the option to refuse to participate in facility programs, except work assignments and programs required by statute or court order; E. when males and females are housed in the same facility, provide comparable opportunities for participation in programs and services; and F. require documentation of programs offered and inmates participating in programs.

**Inspection Findings:**

During the inspection it was found that programming is not being offered to both men and women.

**Corrective Actions:**

**It is recommended that the facility continues to work with community resources to provide equal programming for all populations in the jail. The inspector will follow up at a later date.**

Response Needed By:

2.  2911.3100 INMATE ACTIVITIES AND PROGRAMS.  Subpart 7.  Recreation plan.

The facility administrator or designee shall have a plan providing opportunities for physical exercise and recreational activities for all inmates consistent with the facility's classification and design.  Class I facilities are exempt from this requirement.  The plan shall include policies and procedures necessary to protect the facility's security and the welfare of inmates.  Policy and procedure shall provide:  A. inmates with access to recreational opportunities and equipment, including seven hours of physical exercise or recreation outside the cell and adjacent dayroom areas per week;  B. recreational opportunities a minimum of five days per week;  C. indoor space and equipment for active recreational activities in all Class I to Class VI facilities;  D. outdoor recreational space and equipment for outdoor recreational programming in all Class VI facilities.  The space and equipment shall be provided in a manner consistent with the facility's security classification, E. passive and active recreation needs and equipment for a variety of inmates consistent with the facility's classification and offenders served.  As an example, activity needs of classification, E. passive and active recreation needs and equipment for a variety of inmates consistent with the facility's classification and offenders served.  As an example, activity needs of geriatric, disabled or disabled offenders shall be addressed; F. inmates in segregation with a minimum of one hour a day, seven days a week, of exercise outside the inmates' cells, unless security or safety considerations dictate otherwise, and F. discretionary access by inmates on segregation status to the same recreational facilities as other inmates unless security or safety considerations dictate otherwise, and G. discretionary access by inmates on segregation status to the same recreational facilities as other inmates unless documented.

**Inspection Findings:**

Due to current construction, recreational programming has not been available as required by the rule.

**Corrective Actions:**

This was addressed in detail at the time of inspection and availability of recreation time appears to be resolved.

Response Needed By:

InspectionType :Biennial

Scott County Jail

InspectionID:  8054

**INSPECTION COMMENTS**

Physical Plant and Preventative Maintenance:

The facility is showing considerable signs of age.  Painting is needed on several door frames and railings facility wide.

The facility has several construction projects taking place throughout the site.  Currently the facility is remodeling the flooring. Once the flooring project is completed the facility will start construction to add Mezzanine Barriers.

The laundry room has some sanitation concerns regarding dust, dirt and a damaged cart that needs to be disposed of.  Once the flooring project begins in the laundry area these items will be addressed.

The kitchen also has sanitation concerns as some equipment was dirty and required cleaning.  In the dry storage there were spices and other seasonings on the floor, container tops, and food boxes.  A pair of scissors were discovered in the dry storage unsecured.

Classification of Inmates:

The facility will need to address the classification requirements in the rule and ensure inmates are appropriately classified and separately housed according to their classification level.

Policy:

A review of the facility's policy was conducted prior to the inspection.  The policies do have some areas that don't meet all the elements of the rules. These were reviewed with the Jail Administrator during the inspection.  The Jail Administrator is working on resolving the issues with those policies.

Facility policy does not address several of the items listed required in the Hardel Sherrell Act in August of 2021.

The areas include:

- Death Notification to the MN DOC
- Death Review Team
- Deadly Use of Force, to include chock holds and prone restraint
- Duty to Report Excessive Use of Force or Neglect

Well-Being Checks:

A video review of well-being checks was conducted during the inspection which consisted of a selection of three different locations, dates, and times. Although, well-being checks were in compliance with the 30- minute time required in the rule, the pace in which these checks occurred are too fast to determine the well-being of the inmate.  This was discussed in detail with the Jail Administrator and Assistant Jail Administrator at the time of the inspection.  The facility has a well-established audit system in place.  It is recommended that the facility conduct yearly well-being check training for all staff.

The facility will remain on biennial inspections.

**WINBORN_008271**

InspectionType: Biennial

Scott County Jail

InspectionID:    8054

### JJDPA Compliance

Compliance Report for the monitoring Facilities Pursuant to the Juvenile Justice Delinquency Prevention Act of 2002.

On the day of the inspection a Juvenile Justice and Delinquency Prevention Act audit was conducted. The Scott County Jail held three (3) juveniles from the reporting period of October 1, 2022, to January 4, 2023. 100% of the files were reviewed and zero (0) violations were found. The Scott County Jail is located in a Metropolitan Statistical Area (MSA). Therefore, Scott County Jail has a 6 hour hold ability for delinquent juveniles.

The three core requirements that are looked at during the JJDP Act review include Deinstitutionalization of Status Offenders (DSO), Removal of Juveniles for Adult Jail and Adult Lockups (Jail Removal), and Sight and Sound Separation.

The findings are as follows:

DSO: No violations found.

Sight and Sound Separation: The facility design and policies allow for proper sight and sound separation. No violations found.

The facility does not participate in any "Scared Straight" programs for any youth that are under public authority.

Court Holding: There are two different court holding areas in Scott County, each on a different floor. This allows them to place juveniles on a different floor in court holding, separated from adults. The common practice for juveniles is to be taken straight into court and not be placed in court holding. No violations found.

Scott County utilizes the Scott County JAF, which is nonsecure and Carver County JDC for secure holding.

Based on the documentation provided and reviewed, no violations of the JJDP Act were identified during the 2023 Scott County Jail inspection.

Report completed By:    Rachel Dotseth – Detention Facility Inspector

Signature:    



# Facility Inspection Report Issued By The Minnesota Department of Corrections Pursuant to MN Statute 241.021, Subdivision 1

Inspection and Enforcement Unit, 1450 Energy Park Drive, Suite 200, St.Paul MN 55108
Telephone: 651-361-7146    Fax: 651-642-0314    Email: ie-support.doc@state.mn.us

## INSPECTION DETAILS

**FOR:** **Scott County Jail**

| | | | |
|---|---|---|---|
| **Address:** | 301 Fuller Street, Shakopee, MN 55379 | | |
| **MN Governing Rule:** | 2911  Local Adult Detention Facilities | | |
| **Inspection Type:** | Biennial | **Inspected By:** | Jen Pfeifer – Detention Facility Inspector | **Inspected on:** | 02/10/2021 to 02/16/2021 |
| **Inspection Method:** | Facility tour, staff and resident interviews, employee and resident file reviews, video footage review, and related documentation reviews. | | |
| **Officials Present During Inspection:** | Assistant Jail Administrator Scott Rettke | | |
| **Officials Present for Exit Interview:** | Assistant Jail Administrator Scott Rettke | | |
| **Issued Inspection Report to:** | Assistant Jail Administrator Scott Rettke;  Captain Doug Schnurr;  Sheriff Luke Hennen;  County Administrator Lezlie Vermillion;  Regional Manager Dayna Burmeister | | |

## RULE COMPLIANCE SUMMARY

| Rule Chapter | Requirement Type | Total Applicable | Total Compliance | Total Non Compliance | Total Compliance With Concerns | Compliance Rating | Substantial Compliance Result/Criteria |
|---|---|---|---|---|---|---|---|
| 2911 | Mandatory | 126 | 124 | 1 | 1 | 99.21% | Compliance rating of 100% |
| 2911 | Essential | 102 | 102 | 0 | 0 | 100.00% | Compliance rating of 90% |

## TERMS OF OPERATION

| | | | |
|---|---|---|---|
| **Authority to Operate:** | conditional approval | **Begins On:** | 03/01/2021 | **Ends On:** | 02/28/2023 | **Facility Type:** | Jail |
| **Placed on Biennial Status:** | Yes | **Biennial Status Annual Compliance Form Due On:** | 02/28/2022 | | |
| **Delinquent Juvenile Hold Approval:** | 6 hrs | | **Certificate Holder:** | Scott County Sheriff's Department |
| **Special Conditions:** | None. | | |

## Approved Capacity Details  *Operational Capacity is calculated as a percent of Approved Capacity beds.

| Bed Type | Gender | Approved Capacity | %Operating Capacity | Operational Capacity | Bed Details | Conditions |
|---|---|---|---|---|---|---|
| Secure | Coed | 210 | 90 | 189.00 | None. | None. |

## RULE COMPLIANCE DETAILS

WINBORN_005936

EXHIBIT
68
7.19.23
PENGAD 800-631-6989

Inspection Type: Biennial

Inspection ID:   7564

## Chapter 2911 - Mandatory Rules Not In Compliance

Total: 1

1.  2911.5000  POST ORDERS; FORMAL INMATE COUNT; WELL-BEING CHECKS.  Subpart 5.  Well-being.

A facility shall have a system providing for well-being checks of inmates.  A written policy and procedure shall provide that all inmates are personally observed by a custody staff person at least once every 30 minutes.  Thirty-minute checks should be staggered.  If a well-being check does not occur due to an emergency, it must be documented in the jail log and have supervisory review and approval.  More frequent observation is required for those inmates of a special need classification who may be harmful to themselves.  Examples of inmates of a special need classification include those classified as potentially suicidal, or as mentally ill, or those experiencing withdrawal from drugs or alcohol.

**Inspection Findings:**

Recorded logs by the facility are in compliance.  Video logs were not audited during the inspection due to a play back incapability within the system.  However, during a previous review, well-being checks were found to be completed too quickly and in one incident the officer was found not turning his head at all to look into the cell.

**Corrective Actions:**

As soon as the cameras have restored capabilities, the inspector will return to the facility for review of the rule to ensure compliance.  The facility will continue it's regular auditing practices previously put into place to help ensure compliance with the rule.

Response Needed By: 03/01/2021

## Chapter 2911 - Mandatory Rules In Compliance With Concerns

Total: 1

1.  2911.5450  DANGEROUS MATERIALS.

A facility shall have a written policy and procedure that specifies that materials dangerous to either security or safety shall be properly secured.  Storage and use of flammable, toxic, and caustic materials must be in accordance with all applicable laws and regulations of governing jurisdictions.  The policy must cover control and use of tools and culinary and medical equipment.

**Inspection Findings:**

Culinary tools were not accounted for in the lock box.

**Corrective Actions:**

There are no inmates working in the kitchen but culinary tools should remain in the lock box and should be inventoried daily to ensure accountability.

Response Needed By:

## INSPECTION COMMENTS

Physical Plant and Preventative Maintenance:

The facility is showing considerable signs of age.  Painting is needed on several door frames and railings facility wide.

The facility has hired a company to take care of the laundry and several sanitation concerns were pointed out at the time of the inspection.  Follow-up will be completed by the inspector to ensure these concerns have been addressed.

A review of video logs of well-being checks were not audited during this inspection as a result of some play back incapability's at the time of the inspection.  However, a review of the paper logs did not show any deficiencies of the rule.  Video-logs will be reviewed at a later date.

All other deficiencies noted in the report from 2019 have been corrected and continued to be maintained during this inspection cycle.

The facility will remain on biennial inspections.

## JJDPA Compliance

Compliance Report for the monitoring Facilities Pursuant to the Juvenile Justice Delinquency Prevention Act of 2002.

On the day of the inspection a Juvenile Justice and Delinquency Prevention Act audit was conducted. The Scott County Jail is located in a Metropolitan Statistical Area (MSA). Therefore, Scott County Jail has a 6 hour hold ability for delinquent juveniles.

There are three core requirements that are looked at during our facility review. Those core requirements are Deinstitutionalization of Status Offenders (DSO), Removal of Juveniles for Adult Jail and Adult Lockups (Jail Removal), and Sight and Sound Separation.

The findings are as follows:

DSO. I found no violations.

Sight and Sound Separation: The facility design and policies allow for proper sight and sound separation.

The facility does not participate in any "Scared Straight" programs for any youth that are under public authority.

Court Holding: There are two different court holding areas in Scott County, each on a different floor. This allows them to place juveniles on a different floor in court holding, separated from adults. The common practice for juveniles is to be taken straight into court and not be placed in court holding.

Scott County utilizes the Scott County JAF, which is nonsecure and Carver County JDC for secure holding.

**Report completed By:** _____

Jen Pfeifer – Detention Facility Inspector

**Signature:** _____