# EXHIBIT S



**DEPARTMENT OF CORRECTIONS**

**Central Office**
1450 Energy Park Drive, Suite 200 | St. Paul, MN 55108
Main: 651.361.7200 | Fax: 651.642.0223 | TTY: 800.627.3529
www.mn.gov/doc



EXHIBIT 41
5-25-23

Sheriff Luke Hennen
301 Fuller Street S
Shakopee, MN 55379

Sheriff Hennen,

On August 17 2017, a special incident was entered in the Statewide Supervision system regarding an assault that occurred in the Scott County Jail on August 8, 2017.

I have reviewed all of the reports that have been submitted along with the well-being checks that were completed and logged prior to the discovery of the assault.

Upon review of the documentation submitted, I find that the Scott County Jail is in violation of the following Chapter 2911 Rule Governing Detention Facilities in Minnesota:

**2911.5000 Subp. 5 Well-being.**

**A facility shall have a system providing for well-being checks of inmates.**

**A written policy and procedure shall provide that all inmates are personally observed by a custody staff person at least once every 30 minutes. Thirty-minute checks should be staggered. If a well-being check does not occur due to an emergency, it must be documented in the jail log and have supervisory review and approval.**

A well-being check was completed and documented at 1316. The inmate was found assaulted at 1415. There is a 59 minute gap where there were no wellbeing checks completed or recorded.

It is imperative that well-being checks be completed as required. There shall be no longer than 30 minutes between checks.

It is recommended that all staff be retrained in the importance of timely well-being checks and the possibility of liability if they are not completed as required by the rule.

It is also recommended that an audit of wellbeing checks be completed by a Sgt. level position to ensure compliance with the rule.

If you have questions please contact me.

Sincerely,

Jen Pfeifer

Detention Facilitis Inspector

Minnesota Department of Corrections



**DEPARTMENT OF CORRECTIONS**

**Central Office**
1450 Energy Park Drive, Suite 200 | St. Paul, MN 55108
Main: 651.361.7200 | Fax: 651.642.0223 | TTY: 800.627.3529
www.mn.gov/doc

April 20, 2021

Captain Scott Rethke
Scott County Jail
301 Fuller Street
Shakopee, Minnesota 55379

**RE: Death Review for Taran Cortez Miller Sr. (DOB ▒▒▒▒▒)**

Captain Rethke,

I write regarding the completion of the Scott County Jail death review for Mr. Taran Cortex Miller Sr. The Minnesota Department of Corrections' (DOC) Inspection & Enforcement Unit was notified of the death of Mr. Miller Sr. on December 22, 2020 and noted that the cause of death was currently unknown pending the results of the medical examiner's report.

On December 23, 2020 a Brief Incident Report was submitted to Assistant Commissioner Marcus Schmit and Acting Director Lisa Becking, providing preliminary notification and information.

My review of Mr. Miller Sr.'s death included documentation of the following:
- the investigation report completed by Scott County;
- jail activity logs, medical reports and inmates medical file, classification review, well-being check logs, and staff reports; and
- video footage of the time leading up, during and following the incident.

On December 29, 2020, Lieutenant Scott Rethke submitted preliminary information and reports surrounding the death of Mr. Miller Sr. via the DOC Portal Reporting System and a final autopsy report by the Hennepin County Medical Examiner was submitted on February 25, 2021.

Taran Cortez Miller Sr. arrived at the Scott County Jail on March 3, 2020, for Murder First Degree-Premeditated with an extensive medical history and multiple health concerns. His blood pressure, heart rate and glucose levels were measured and recorded several times a day thought out his entire incarceration. He was also seen at Allina Health St. Francis Regional Medical Center emergency room frequently during his incarceration in the Scott County Jail. He was last seen in the emergency room on December 22, 2020.

A review of officer reports and video logs indicate the following events from the morning of December 23, 2020:

*0255 Correctional Officer arrives in the unit to perform a well-being check.*
*0319 Correctional Officer arrives in the unit to perform a well-being check round but does not turn his head to look into Mr. Miller Sr.'s cell.*

---

*Contributing to a safer Minnesota*
EQUAL OPPORTUNITY EMPLOYER

*0346 Correctional Officer arrives in the unit to perform a well-being check and finds Mr. Miller Sr. unresponsive face down on the floor of his cell.*
*0348 A Code Blue is called and EMS dispatched.*
*0356 Chest compressions begin, and oxygen administered.*
*0402 EMS arrives and takes over shortly after.*
*0432 Mr. Miller Sr. was pronounced deceased after life-saving measures were unsuccessful.*

The final autopsy report completed by the Hennepin County Medical Examiner's Office identifies the cause of Mr. Miller Sr.'s death as Hypertensive and Arteriosclerotic Heart Disease. It was noted in the report that Mr. Miller also managed with hypertension, type 2 diabetes mellitus, chronic kidney disease and obesity.

My review of Mr. Miller Sr.'s death identified the following violation of the Chapter 2911 Rules governing county jails:

**Chapter 2911 5000. Subpart 5.** *Well-being check out of compliance*
Upon review of the activity logs tracking well-being checks for this unit, it appears that well-being checks for Mr. Miller Sr. were completed and accurately documented; however, the video recording of the well-being check that was conducted at 0319 on December 22, 2020 for the housing unit shows that the officer completing the well-being check did not look into the room of Mr. Miller Sr. Therefore, this is not considered a sufficient or compliant well-being check.

**Corrective Action Plan:** Scott County jail administrators must audit and document deficiencies and ensure accountability in cases when well-being checks are not conducted in compliance with Chapter 2911 Rules. Scott County already has an established, well-documented process that includes coaching and retraining for staff on this rule. Furthermore, a clinical and administrative review must be completed for this incident and submitted to the DOC within 30 days of receipt of this report. The DOC will examine these findings and take further action, if appropriate.

Please contact Acting Director Lisa Becking at lisa.cain.becking@state.mn.us or 507-382-9797, or me at jennifer.pfeifer@state.mn.us or 952-484-4342 if you have any questions or concerns.

Sincerely,

*Jennifer Pfeifer*

Jen Pfeifer
Detention Facilities Inspector


CC: Scott County Jail file 2020