# EXHIBIT U

# Minnesota Department of Corrections
## Inspection and Enforcement Unit



# Scott County Jail
## Special Incident Report

**Internal ID #:** 21463

### Incident Information

| | | | |
|---|---|---|---|
| **Facility Name:** | Scott County Jail | **Status:** | Closed |
| **Facility Administrator:** | Scott Rettke | **Facility Telephone:** | 952-496-8314 |
| **Assigned To:** | Rachel Dotseth | **Incident Date / Time:** | 08/28/2020   16:41 |
| **Received Date:** | 08/11/2022 | **DHS Report #:** | |

**Did the Incident occur in a Sex Offender Unit or Program?**   No

### Incident Type
Serious Resident Illness

### Summary
Inmate was having medical issues which resulted in an ER transport to the hospital.

### Person Involved

| | |
|---|---|
| **Person Reporting Incident:** | Scott Rettke |
| **Person In Charge During Incident:** | Stephen Demeule |
| **Offender/Resident:** | Winborn, Terrance |
| **Staff:** | Schneider, Debbie ; Demeule, Stephen ; Lee, Blong ; Pieschke, Paige ; Nasby, Allexus ; Yang, Chou ; Madden, Caleb ; Luitjens, Matt |

Any resident illness that requires emergency or urgent medical care outside of the facility. This includes emergency mental health care.

---

Page 1 of 3

For support, please contact the Inspection and Enforcement Unit, Minnesota Department of Corrections at:
1450 Energy Park Drive, Suite 200, St. Paul, MN 55108
Telephone: 651-361-7146, Fax: 651-642-0314
Email: ie-support.doc@state.mn.us

04/10/2023 12:45

WINBORN_005898

EXHIBIT 31  5.23.23

## Special Incident Report

Internal ID #: 21463

### Last Logged Check

**Date/Time:** 08/28/2020 16:41

### Review By Inspector

**Findings:** Nurse Schneider and Officer Pieschke met with inmate after he reportedly fell off his bunk. See Nurse Encounter documentation page 3 for further information.

**Review Date:** 08/12/2022  **Review Closed On:** 08/12/2022  **Facility's Internal Incident Reports Reviewed On:** 08/12/2022

**Assigned To:** Rachel Dotseth  **Facility Action Required:** No  **Determination:** Substantiated (Adult)

**Rule Violation:** Yes

**Rule Violated:**

| Rule | Rule Text |
|---|---|
| 2911 - Part: 3700 - SubPart: 4 | 2911.3700. Subpart 4. Reporting of unusual occurrences. Incidents of an unusual or serious nature shall be reported within ten days of the incident in writing to the Department of Corrections in the format required by the department. The reports shall include the names of persons involved, staff and inmates, nature of the unusual occurrence, actions taken, and the date and time of the occurrence. Unusual occurrences requiring reporting to the DOC include such occurrences as: A. attempted suicide; B. suicide; C. homicide; D. death, by means other than suicide or homicide; E. serious injury or illness subsequent to detention including incidents resulting in hospitalization for medical care; F. hospitalization associated with mental health needs; G. attempted escape or escape from a secured facility. H. incidents of fire requiring medical treatment of staff or inmates or a response by a local fire authority; I. riot; J. assaults of one inmate by another that result in criminal charges or outside medical attention; K. assaults of staff by inmates that result in criminal charges or outside medical attention; L. injury to inmates through response to resistance by staff controlling inmate behavior; M. occurrences of infectious diseases and action taken relative to same when a medical authority has determined that the inmate must be isolated from other inmates; and N. reporting of all notices of intent to file litigation against the facility resulting from matters related to the detention or incarceration of an inmate; O. sexual misconduct, such as inmate on inmate, staff on inmate, and inmate on staff; and P. use of sexual materials, electronic media for sexual purposes, or both. In the event of an emergency such as serious illness or injury where death may be imminent, individuals designated by the inmate shall be notified. Permission for notification, if possible, shall be obtained from the inmate. |

For support, please contact the Inspection and Enforcement Unit, Minnesota Department of Corrections at:
1450 Energy Park Drive, Suite 200, St. Paul, MN 55108
Telephone: 651-361-7146, Fax: 651-642-0314
Email: ie-support.doc@state.mn.us

WINBORN_005899
04/10/2023 12:45

## Special Incident Report

**Internal ID #:** 21463

**Review Notes:** This incident wasn't entered into the DOC portal within 10 days of the incident occurring.

**Facility must respond by:**

**Comments:**

**Follow Up Email:** Follow up received on :

For support, please contact the Inspection and Enforcement Unit, Minnesota Department of Corrections at:
1450 Energy Park Drive, Suite 200, St. Paul, MN 55108
Telephone: 651-361-7146, Fax: 651-642-0314
Email: ie-support.doc@state.mn.us

# Minnesota Department of Corrections
## Inspection and Enforcement Unit
### Scott County Jail
### Special Incident Report



**Internal ID #:** 21419

## Incident Information

| | | | |
|---|---|---|---|
| **Facility Name:** | Scott County Jail | **Status:** | Closed |
| **Facility Administrator:** | Scott Rettke | **Facility Telephone:** | 952-496-8314 |
| **Assigned To:** | Rachel Dotseth | **Incident Date / Time:** | 08/27/2020 02:22 |
| **Received Date:** | 08/05/2022 | **DHS Report #:** | |

**Did the Incident occur in a Sex Offender Unit or Program?** No

## Incident Type
Litigation Hold

## Person Involved
Notice of intent to file litigation against the facility resulting from matters related to the detention or incarceration of a resident.

## Summary
Notice of intent to file litigations against Scott County for medical issues.

**Person Reporting Incident:** Scott Rettke

**Person In Charge During Incident:** Barb Winterfeldt

**Offender/Resident:** Winborn, Terrance Dwayne

**Staff:** Schneider, Debbie ; Perkins, Laura ; Lundquist, James ; Pieschke, Paige ; Luitjens, Matt ; Demeule, Stephen ; Madden, Caleb ; Freyholtz, Randy ; Demko, John ; Blair, Kathy ; Weierke, Katelyn

Page 1 of 3

For support, please contact the Inspection and Enforcement Unit, Minnesota Department of Corrections at:
1450 Energy Park Drive, Suite 200, St. Paul, MN 55108
Telephone: 651-361-7146, Fax: 651-642-0314
Email: ie-support.doc@state.mn.us

WINBORN_005895

04/10/2023 12:49

## Special Incident Report

Internal ID #: 21419

### Last Logged Check

**Date/Time:** 08/28/2020  16:41

**Findings:** See below documents.

### Review By Inspector

| | | | | | |
|---|---|---|---|---|---|
| **Review Date:** | 08/10/2022 | **Review Closed On:** | 10/17/2022 | **Facility's Internal Incident Reports Reviewed On:** | 08/10/2022 |
| **Assigned To:** | Rachel Dotseth | **Facility Action Required:** | Yes | **Determination:** | Substantiated (Adult) |

**Rule Violation:** Yes

**Rule Violated:**

| Rule | Rule Text |
|---|---|
| 2911 - Part: 3700 - SubPart: 4 | 2911.3700. Subpart 4. Reporting of unusual occurrences. Incidents of an unusual or serious nature shall be reported within ten days of the incident in writing to the Department of Corrections in the format required by the department. The reports shall include the names of persons involved, staff and inmates, nature of the unusual occurrence, actions taken, and the date and time of the occurrence. Unusual occurrences requiring reporting to the DOC include such occurrences as: A. attempted suicide; B. suicide; C. homicide; D. death, by means other than suicide or homicide; E. serious injury or illness subsequent to detention including incidents resulting in hospitalization for medical care; F. hospitalization associated with mental health needs; G. attempted escape or escape from a secured facility; H. incidents of fire requiring medical treatment of staff or inmates or a response by a local fire authority; I. riot; J. assaults of one inmate by another that result in criminal charges or outside medical attention; K. assaults of staff by inmates that result in criminal charges or outside medical attention; L. injury to inmates through response to resistance by staff controlling inmate behavior; M. occurrences of infectious diseases and action taken relative to same when a medical authority has determined that the inmate must be isolated from other inmates; and N. reporting of all notices of intent to file litigation against the facility resulting from matters related to the detention or incarceration of an inmate; O. sexual misconduct, such as inmate on inmate, staff on inmate, and inmate on staff, and P. use of sexual materials, electronic media for sexual purposes, or both. In the event of an emergency such as serious illness or injury where death may be imminent, individuals designated by the inmate shall be notified. Permission for notification, if possible, shall be obtained from the inmate. |

For support, please contact the Inspection and Enforcement Unit, Minnesota Department of Corrections at:
1450 Energy Park Drive, Suite 200, St. Paul, MN 55108
Telephone: 651-361-7146, Fax: 651-642-0314
Email: ie-support.doc@state.mn.us

Page 2 of 3

WINBORN_005896

04/10/2023 12:49

## Special Incident Report

**Review Notes:**

**Facility must respond by:**

**Comments:** Hospital visit was not entered in DOC portal.

**Follow Up Email:**

**Internal ID #:** 21419

**Follow up received on :**

For support, please contact the Inspection and Enforcement Unit, Minnesota Department of Corrections at:
1450 Energy Park Drive, Suite 200, St. Paul, MN 55108
Telephone: 651-361-7146, Fax: 651-642-0314
Email: ie-support.doc@state.mn.us