# EXHIBIT V

# Minnesota Department of Corrections
## Inspection and Enforcement Unit
### Scott County Jail
#### Special Incident Report



**Internal ID #:** 16309

## Incident Information

| | | | |
|---|---|---|---|
| **Facility Name:** | Scott County Jail | **Status:** | Closed |
| **Facility Administrator:** | Scott Rettke | **Facility Telephone:** | 952-496-8314 |
| **Assigned To:** | Jen Pfeifer | **Incident Date / Time:** | 04/30/2020   19:30 |
| **Received Date:** | 05/01/2020 | **DHS Report #:** | |

**Did the Incident occur in a Sex Offender Unit or Program?**   No

## Incident Type
Serious Resident Illness

Any resident illness that requires emergency or urgent medical care outside of the facility. This includes emergency mental health care.

## Summary
Inmate to ER for alcohol withdrawl

## Person Involved

| | |
|---|---|
| **Person Reporting Incident:** | Scott Rettke |
| **Person In Charge During Incident:** | Kent Anderson |
| **Offender/Resident:** | [redacted] |

**Staff:** Anderson, Kent ; Anshultz, Nicole ; Bergstrom, Pete ; Lee, Jesse

For support, please contact the Inspection and Enforcement Unit, Minnesota Department of Corrections at:
1450 Energy Park Drive, Suite 200, St. Paul, MN 55108
Telephone: 651-361-7146, Fax: 651-642-0314
Email: ie-support.doc@state.mn.us

PENGAD 800-631-6989   EXHIBIT 34   5-25-23

# Special Incident Report

Internal ID #: 16309

## Last Logged Check

**Date/Time:** 04/30/2020  19:21

### Findings:

### Review By Inspector

| | | | |
|---|---|---|---|
| **Review Date:** 05/11/2020 | **Review Closed On:** 05/11/2020 | **Facility's Internal Incident Reports Reviewed On:** 05/11/2020 |
| **Assigned To:** Jen Pfeifer | **Facility Action Required:** No | **Determination:** Substantiated (Adult) |
| **Rule Violation:** No | | |

**Review Notes:** There appears to be no violations at this time. Staff followed directives given by the medical authority.

**Facility must respond by:**

**Comments:**

**Follow Up Email:** Follow up received on :

Page 2 of 2

For support, please contact the Inspection and Enforcement Unit, Minnesota Department of Corrections at:
1450 Energy Park Drive, Suite 200, St. Paul, MN 55108
Telephone: 651-361-7146, Fax: 651-642-0314
Email: ie-support.doc@state.mn.us

04/26/2023 09:52

<mark>CASE 0:22-cv-01811-KMM-ECW   Doc. 32-22   Filed 08/30/23   Page 4 of 5</mark>



# Minnesota Department of Corrections
## Inspection and Enforcement Unit
### Scott County Jail
### Special Incident Report

**Internal ID #:** 16967

## Incident Information

| | | | |
|---|---|---|---|
| **Facility Name:** | Scott County Jail | **Status:** | Closed |
| **Facility Administrator:** | Scott Rettke | **Facility Telephone:** | 952-496-8314 |
| **Assigned To:** | Jen Pfeifer | **Incident Date / Time:** | 10/04/2020   09:40 |
| **Received Date:** | 10/06/2020 | **DHS Report #:** | |

**Did the Incident occur in a Sex Offender Unit or Program?**   No

## Incident Type

Serious Resident Illness

Any resident illness that requires emergency or urgent medical care outside of the facility. This includes emergency mental health care.

## Summary

Inmate was taken to the hospital

## Person Involved

| | |
|---|---|
| **Person Reporting Incident:** | Matt Luitjens |
| **Person In Charge During Incident:** | Matt Luitjens |
| **Offender/Resident:** | ▮▮▮▮▮▮▮▮ |
| **Staff:** | Luitjens, Matt ; Schneider, Debbie |

Page 1 of 2

For support, please contact the Inspection and Enforcement Unit, Minnesota Department of Corrections at:
1450 Energy Park Drive, Suite 200, St. Paul, MN 55108
Telephone: 651-361-7146, Fax: 651-642-0314
Email: ie-support.doc@state.mn.us

04/26/2023 09:57



EXHIBIT 35
5-25-23

## Special Incident Report

**Internal ID #:** 16967

### Last Logged Check

**Date/Time:** 10/04/2020 09:23

**Findings:** Inmate ▇ reported to medical staff DS that he lost vision completely in his right eye. Medical staff DS contacted our doctor and informed him of the situation. The doctor ordered the inmate be taken in to be seen at the Emergency Room for his issues. Inmate ▇ was transported by jail staff to the Emergency Room at approximately 0945.

### Review By Inspector

| | | | |
|---|---|---|---|
| **Review Date:** 10/11/2020 | **Review Closed On:** 10/11/2020 | **Facility's Internal Incident Reports Reviewed On:** 10/09/2020 |
| **Assigned To:** Jen Pfeifer | **Facility Action Required:** No | **Determination:** Substantiated (Adult) |
| **Rule Violation:** No | | |

**Review Notes:**
9/26/2020 at 1800 Screening indicated Diabetic and HIV and refused to disclose any other details. Had some medications
9/27/2020-Met with medical and inmate had multiple medical concerns. Refused meds at noon that day. Couldn't remember names of HIV medication. Reported Test Cancer but reported chemo and radiation at HCMC.
Put on Dr's list for 9/29/2020. Saw DR. Records reviewed and indicated non compliant with medications and care elsewhere. Had been previously hospitalized for sepsis and was released on 9/22/2020.
10/4/2020 went to hospital for loss of vision in left eye. Did not report any vision loss or issues with DR on 9/29/2020.
10/4/2020-No discharge paperwork given upon discharge as inmate was furloughed from the jail.
10/9/202- Received additional information from the facility and there appears to be no violations at this time.

**Facility must respond by:**

**Comments:**

**Follow Up Email:** Follow up received on :

Page 2 of 2

For support, please contact the Inspection and Enforcement Unit, Minnesota Department of Corrections at:
1450 Energy Park Drive, Suite 200, St. Paul, MN 55108
Telephone: 651-361-7146, Fax: 651-642-0314
Email: ie-support.doc@state.mn.us

04/26/2023 09:57