UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Terrance Dwayne Winborn,

Plaintiff,

v.

Kathy Blair Brakefield, acting in her individual capacity as a correctional officer at the Scott County Jail; Paige Pieschke, acting in her individual capacity as a correctional officer at the Scott County Jail; Debra Schneider, acting in her individual capacity as medical staff in the Scott County Jail; Scott Rettke, in his official capacity as the Assistant Jail Administrator at the Scott County Jail; Douglas Schnurr, in his official capacity as the Jail Administrator at the Scott County Jail; and Scott County,

Defendants.

Civil No. 22-cv-1811 (KMM/ECW)

---

**ORDER FOR DISMISSAL OF ALL CLAIMS**

---

Pursuant to the parties' Stipulation for Dismissal of all Claims with prejudice filed on October 10, 2023 (Doc. No. 43), IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE in its entirety, on the merits and without costs or attorney's fees to any party.

Date: October 16, 2023

*s/Katherine M. Menendez*
Katherine M. Menendez
United States District Judge